**No. 09-10694. Brian Tyson, Petitioner v. Jeffrey A. Beard, Secretary, Pennsylvania Department of Corrections, et al.**

561 U.S. 1016, 130 S. Ct. 3481, 177 L. Ed. 2d 1074, 2010 U.S. LEXIS 5144.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 345 Fed. Appx. 744.

**No. 09-10787. Anthony Hatches, Petitioner v. United States.**

561 U.S. 1016, 130 S. Ct. 3482, 177 L. Ed. 2d 1074, 2010 U.S. LEXIS 5153.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 356 Fed. Appx. 659.

**No. 09-10811. James Elmer Gross, Sr., Petitioner v. United States.**

561 U.S. 1016, 130 S. Ct. 3482, 177 L. Ed. 2d 1074, 2010 U.S. LEXIS 5002.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 357 Fed. Appx. 514.

**No. 09-10812. Gerald D. Harris, Petitioner v. United States.**

561 U.S. 1016, 130 S. Ct. 3483, 177 L. Ed. 2d 1074, 2010 U.S. LEXIS 4991.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 09-10813. Hopeton H. Haughton, Petitioner v. United States.**

561 U.S. 1016, 130 S. Ct. 3483, 177 L. Ed. 2d 1074, 2010 U.S. LEXIS 5072,

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 09-10824. Ira I. Bloom, Petitioner v. United States.**

561 U.S. 1016, 130 S. Ct. 3483, 177 L. Ed. 2d 1074, 2010 U.S. LEXIS 4986.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 366 Fed. Appx. 285.

**No. 09-10827. John Edward Mull, Petitioner v. United States.**

561 U.S. 1016, 130 S. Ct. 3483, 177 L. Ed. 2d 1074, 2010 U.S. LEXIS 5152.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 365 Fed. Appx. 723.